AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| SEGA OF AMERICA, INC. a California Corporation, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. |
| GAMEWORKS ENTERTAINMENT, LLC, a NevadaLimited Liability Company; and SEGA GAMEWORKSU.S.A. INC., a Delaware Corporation, | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GAMEWORKS ENTERTAINMENT, LLC, a NevadaLimited Liability Company
CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DR, LAS VEGAS, NV 89119

SEGA GAMEWORKSU.S.A. INC., a Delaware Corporation
CORPORATION SERVICE COMPANY
2711 CENTERVILLE RD STE 400, WILMINGTON, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Akerman LLP
Shiraz Simonian (SBN 247150)
725 S. Figueroa Street, 38th Floor
Los Angeles, California 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*